**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ashland Inc.,<br><br>Defendant. | Criminal No. 02-152 (JMR)<br><br>**STIPULATION AND ORDER** |

Plaintiff United States of America, by and through its attorneys, Thomas B Heffelfinger, United States Attorney for the District of Minnesota, and William H. Koch, Assistant United States Attorney, and Defendant Ashland Inc. by and through its attorneys, James L. Volling and Deborah A. Ellingboe of the law firm of Faegre & Benson LLP, hereby stipulate and agree as follows:

1. The Plea Agreement and the Amended Judgment in this matter require that Ashland Inc. "complete . . . the upgrade of all process sewers, junction boxes, and drains (collectively hereinafter referred to as the 'systems') at the St. Paul Park Refinery to Subpart QQQ standards." Moreover, the Plea Agreement provides that "[u]pon completion of the systems' upgrade and satisfactory regulatory inspection of the systems by the United States Environmental Protection Agency, the United States will promptly move to dismiss with prejudice Count I of the Information and no further prosecution will continue for that offense."

2. The Stipulation and Order entered by the Court on September 11, 2003, provides that "it is necessary that the appointed Probation Consultant herein, Frank B. Friedman of Frank B. Friedman & Associates, L.L.C., advise the United States Probation

SCANNED MAR 1 _ 2005

Office and the Court, following consultation with the United States Environmental Protection Agency ('EPA') and/or with any additional approved advisors, that Ashland Inc.'s proposed plans and specifications for accomplishing the required sewer upgrade project are acceptable and that the work actually performed appropriately upgrades the process sewers, junction boxes, and drains at the St. Paul Park Refinery to comply with Subpart QQQ standards, so that Ashland Inc. has satisfied that special condition of its probation. Accordingly, the United States and Ashland Inc. hereby stipulate and agree: (1) that the Probation Consultant herein will be solely responsible for such advice to the United States Probation Office and the Court; and (2) that to the extent that EPA consults with the Probation Consultant herein, such consultation will not estop, preclude, or serve as a defense to any enforcement action by EPA, or by any local, state, or federal agency or body, with regard to the St. Paul Park Refinery."

3. Plaintiff United States of America and the United States Probation Office for the District of Minnesota have been advised by Probation Consultant Frank B. Friedman that Defendant Ashland Inc. has fully and satisfactorily completed the required upgrade of the systems at the St. Paul Park Refinery. In addition, Defendant Ashland Inc. has acknowledged and agreed that these systems are subject to Subpart QQQ. Accordingly, Count I of the Information dated May 13, 2002, herein alleging a violation of 42 U.S.C. §§ 7411(e) and 7413 (c)(2), may be dismissed with prejudice and on the merits, and no further prosecution of said Count I may hereafter be brought.

Dated: February 7, 2005

**UNITED STATES OF AMERICA**
Thomas B. Heffelfinger
United States Attorney for the District of Minnesota

By: ______________________
William H. Koch
Assistant United States Attorney

Dated: February 15, 2005

**UNITED STATES PROBATION OFFICE FOR THE DISTRICT OF MINNESOTA**

By: ______________________
Douglas S. Stevens
United States Probation Officer

Dated: February 7, 2005

**FAEGRE & BENSON LLP**

By: ______________________
James L. Volling
Deborah A. Ellingboe
Attorneys for Defendant Ashland Inc.

**ORDER**

Upon the foregoing Stipulation of the parties, IT IS SO ORDERED. Count I of the Information in this matter dated May 13, 2002, is hereby dismissed with prejudice and on the merits, and no further prosecution of said Count I may be brought.

LET JUDGMENT BE ENTERED ACCORDINGLY FORTHWITH.

Dated: February 22nd, 2005

BY THE COURT:

______________________
The Honorable James M. Rosenbaum
Chief Judge of the United States District Court for the District of Minnesota

M2:20685533.02