# UNITED STATES DISTRICT COURT

## District of Minnesota

United States of America,

Plaintiff,

v.

Ashland, Inc.,

Defendant.

Case No. CR 02-152 JMR

**JUDGMENT IN A CRIMINAL CASE**

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED**: Count 1 of the Information in this matter dated 5/13/02 is hereby dismissed with prejudice and on the merits, and no further prosecution of said Count 1 may be brought.

Date: March 11, 2005

RICHARD D. SLETTEN, CLERK

s/Jackie M. Ellingson

(By) Jackie M. Ellingson, Deputy Clerk