**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ashland Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 02-152 (JMR)<br><br>**ASHLAND INC.'S MOTION FOR EARLY TERMINATION OF PROBATION** |

TO: William H. Koch, Assistant United States Attorney for the District of Minnesota, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55414

**PLEASE TAKE NOTICE** that, pursuant to 18 U.S.C. § 3564(c), Defendant Ashland Inc., by and through its attorneys, hereby moves for the early termination of the five-year term of probation previously imposed by this Court. Defendant Ashland Inc. seeks an Order that the term of probation imposed by this Court on December 23, 2002, be terminated early as of December 23, 2005, and that the terms and conditions of probation set forth in the Judgment of this Court dated December 23, 2002, be no longer in effect as of December 23, 2005. This motion is based upon the accompanying memorandum of law and all related pleadings, as well as the arguments of counsel at any hearing required by the Court.

Respectfully submitted,

Dated: December 15, 2005

FAEGRE & BENSON LLP

s/ James L. Volling
James L. Volling, #113128
Deborah A. Ellingboe, #26216X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000

**ATTORNEYS FOR DEFENDANT ASHLAND INC.**