**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ashland Inc.,<br><br>Defendant. | ) | Criminal No. 02-152 (JMR)<br><br>**LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING MEMORANDUM OF LAW IN SUPPORT OF ASHLAND INC.'S MOTION FOR EARLY TERMINATION OF PROBATION** |

I, James L. Volling, certify that Defendant Ashland Inc.'s Memorandum of Law in Support of Motion for Early Termination of Probation Complies with Local Rule 7.1(c).

I further certify that, in preparation of this brief, I used Microsoft Word 2003, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 6,431 words.

Dated: December 15, 2005

**FAEGRE & BENSON LLP**

s/ James L. Volling
James L. Volling, #113128
Deborah A. Ellingboe, #26216X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
**ATTORNEYS FOR DEFENDANT ASHLAND INC.**

M2:20761537.01