**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Ashland Inc.,<br><br>Defendant. | Criminal No. 02-152 (JMR)<br><br>**STIPULATION OF NO OPPOSITION TO THE MOTION OF ASHLAND INC. FOR EARLY TERMINATION OF PROBATION** |

Plaintiff United States of America, by and through its attorneys, Thomas B. Heffelfinger, United States Attorney for the District of Minnesota, and William H. Koch, Assistant United States Attorney; the United States Probation Office for the District of Minnesota; and Frank B. Friedman of Frank B. Friedman & Associates, L.L.C., the Probation Consultant appointed by the Court, hereby stipulate and agree as follows:

1. We have reviewed defendant Ashland Inc.'s motion for the early termination of its probation effective December 23, 2005, the memorandum of law in support of the motion, and the proposed Order granting the motion.

2. Based upon our review of said motion papers and our involvement in the probation of defendant Ashland Inc. during the past three years, we have no opposition to the motion for the early termination of Ashland Inc.'s probation as of December 23, 2005, or to entry of the proposed Order granting that motion.

Dated: December 12, 2005

**UNITED STATES OF AMERICA**

Thomas B. Heffelfinger,
United States Attorney for the District of Minnesota

By: s/ William H. Koch
William H. Koch,
Assistant United States Attorney

Dated: December 14, 2005

**UNITED STATES PROBATION OFFICE FOR THE DISTRICT OF MINNESOTA**

By: s/ Douglas S. Stevens

Its: Senior United States Probation Officer

Dated: December 12, 2005

**FRANK B. FRIEDMAN, PROBATION CONSULTANT**

By: s/ Frank B. Friedman

Its: Probation Consultant

M2:20760429.01