**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**In Re: United States of America v. Ashland Inc.**
**Criminal No. 02-152 (JMR)**

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, I caused the following documents:

1. Ashland Inc.'s Motion for Early Termination of Probation;

2. Memorandum of Law in Support of Ashland Inc.'s Motion for Early Termination of Probation;

3. Stipulation of No Opposition to the Motion of Ashland Inc. for Early Termination of Probation; and

4. LR 7.1(c) Word Count Compliance Certificate Regarding Memorandum of Law in Support of Ashland Inc.'s Motion for Early Termination of Probation

to be electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the lawyers of record who are CM/ECF Participants.

Dated: December 15, 2005

**FAEGRE & BENSON LLP**

s/ James L. Volling
James L. Volling, #113128
Deborah A. Ellingboe, #26216X
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
**ATTORNEYS FOR DEFENDANT ASHLAND INC.**

M2:20761529.01