# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING-PHONE CONFERNECE

UNITED STATES OF AMERICA,
Plaintiff,
v.

Ashland, Inc.,
Defendant.

**COURT MINUTES**
BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 02-152 JMR |
| Date: | December 30, 2005 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 10:04 a.m. |
| Time Concluded: | 10:13 a.m. |
| Time in Court: | 9 Minutes |

APPEARANCES:

Plaintiff: Bill Koch, Assistant U.S. Attorney
Defendant: Jim Volling for Ashland, Inc : Retained

**Defendant's Motion for Order for Early Termination of Probation (Doc. #38). Motion taken under advisement.**

s/Heather Labat
Signature of Calendar Clerk