UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-152(JMR/ALL)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Ashland, Inc. | ) | |

Defendant seeks an early discharge from probation [Docket No. 38]. The government does not object [Docket No. 41]. A telephone conference was held on December 30, 2005.

Upon reviewing all of the circumstances of this case, the Court denies defendant's motion at this time.

Accordingly, IT IS ORDERED that this matter is continued for reconsideration to June 30, 2006.

Dated: January 5, 2006

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge