UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-152(JMR/ALL)

United States of America )
)
v. ) ORDER
)
Ashland, Inc. )

Defendant moves for an early discharge from probation [Docket No. 38]. The government does not object [Docket No. 41]. A teleconference was held on December 30, 2005. The Court denied the motion at that time, but continued the matter for reconsideration [Docket No. 44].

Upon reconsideration, the Court grants defendant's motion. Accordingly, defendant is discharged from probation as of June 30, 2006.

IT IS SO ORDERED.

Dated: June 30, 2006

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge