RECEIVED
MAY 11 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-152 (JMR)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ASHLAND, INC., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that all duties and responsibilities originally assigned to the National Park Foundation by way of this Court's original Judgment shall be transferred to the Mississippi River Fund, a 501(c)(3) non-profit entity. This reassignment is being made at the request of the National Park Foundation and the Mississippi River Fund, and with the consent of the United States and Ashland, Inc.

Dated: May 10, 2007

The Honorable James M. Rosenbaum

SCANNED
MAY 14 2007
U.S. DISTRICT COURT MPLS